**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:13-cv-00118-PAB-BNB

Mark Zurbuchen,

    Plaintiff/Movant,

Mortgage Investors Corporation; and DOES 1-10, inclusive,

    Defendants.

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Mark Zurbuchen ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 9, 2013

    Respectfully submitted,

    By  _/s/ Lark Fogel_

    Lark Fogel, Esq.

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

    Law Office of Lark Fogel
    Bar Number: 030383
    lfogel@lemberglaw.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2013, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** was emailed to the following:

E-Mail: William Raney [braney@cckc-law.com]

By */s/ Lark Fogel*

Lark Fogel, Esq.